Phyllis D. LICKING, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7174.

United States Court of Appeals, Federal Circuit.

July 27, 2004.

Lisa A. Lee, Principal Attorney, Law Offices, Ponte Vedra Bea, FL, for Claimant–Appellant.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.